BEFORE THE FIRST DIVISION, JANUARY 15, 1941

**No. 45198.**—Protest 965641–G of Vita Sales (San Francisco).

Opinion by BROWN, J. It was stipulated that the commodity in question is similar to that the subject of *Fleissner* v. *United States* (2 Cust. Ct. 100, C. D. 96). The claim at 20 percent under paragraph 1558 was therefore sustained.